**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 23 2009

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
## _____ DIVISION

Marvin A. McCormick

5919 W. 19th st, Apt. J

Little Rock Arkansas 72204
        (Name of plaintiff or plaintiffs)

This case assigned to District Judge _Moody_
and to Magistrate Judge _Jones_

                v.

CIVIL ACTION NO. 4:09cv 954 /Jmm
        (case number to be supplied by the assignment clerk)

Bell Partners

300 North Green St

Greensboro, North Carolina 72401
        (Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the Court by  42 U.S.C. §2000e-5.    Equitable  and  other  relief  are  also  sought  under  42  U.S.C.  §2000e-5(g).

2.      Plaintiff,  Marvin A. McCormick _____, is a
                        (name of plaintiff)
citizen of the United States and resides at 5919 West 19th st. Apt J _____,
                                        (street address)
Little Rock _____, Pulaski _____, Arkansas _____, 72204 ____,
        (city)              (county)              (state)              (ZIP)
501-744-6525 _____.
        (telephone)

3.      Defendant, Amanda Smith _____, lives  at, or its
                        (name of defendant)
business is located at 7820 West Capitol Ave. _____, Little Rock _____,
                        (street address)                      (city)
Pulaski _____, Arkansas _____, 72202 _____.
        (county)              (state)              (ZIP)

4.      Plaintiff  sought  employment  from  the  defendant  or  was  employed  by  the

defendant at <u>7820 West Capitol Ave.</u> , <u>Little Rock</u> ,
            (street address)                      (city)

<u>Pulaski</u> , <u>Arkansas</u> , <u>72202</u> .
(county)             (state)          (ZIP)

5.     Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about <u>March</u>     <u>31st</u>     <u>2009</u> .
             (month)        (day)       (year)

6.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about <u>April</u>     <u>2nd</u>     <u>2009</u> .
             (month)     (day)     (year)

7.     The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on <u>December</u>   <u>17th</u>   <u>2009</u> , a copy of which notice
               (month)  (day)  (year)
is attached to this complaint.

8.     Because of plaintiff's (1) __**X**__ race, (2) __**X**__ color, (3) __**X**__ sex, (4) _____ religion, (5) __**X**__ national origin, defendant:

    (a) _____ failed to employ plaintiff.

    (b) __**X**__ terminated plaintiff's employment.

    (c) _____ failed to promote plaintiff.

    (d) <u>Defendant Began To Harass Plaintiff On Or About January 15th 2009</u>

<u>Harassement Began shortley after the 2009 Presidental Inaugural of Oboma,</u>

<u>Harassment Incluided write ups for purcheses of supplies , for the up keep of the apartments,</u>

<u>On or about December 8th 2008, I was informed that my rent for the entire year would be</u>

<u>$632.00 Per month, On March 3rd 2009 I was informed that my rent would be $732.00.</u>

9.     The circumstances under which the defendant discriminated against plaintiff were

as follows: On or about March 31st,2009 I was discharged from my Job as maintenance

supervisor,

After being discharged, I know that the person who replaced me as maintenance supervisor

is not HVAC certified to work on HVAC, which is a requirement of the position .

A Little Rock Police Officer Was called by Bell Partners to watch my termination

on March 31st 2009 at Governor's Park Apartments at 7820 West Capitol Ave

Little Rock Arkansas 72204. I beleive i was disciplined, and discharged , rent increased

because of my race,( Black), in violation of Title V11 of the Civil rights Act of 1964.

10. The acts set forth in paragraph 9 of this complaint:

(a) _____ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) __X__ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) __X__ Defendant be directed to Pay One Million Dollars On Each Count.

and that the Court grant such relief as may be appropriate, including injunctive orders, damages,

costs and attorney's fees.

Marvin A. McCormick
SIGNATURE OF PLAINTIFF

EEOC Form 161 (3/98)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Marvin McCormick
5919 W. 19th Street, Apt. J
Litlte Rock, AR 72204

From: Little Rock Area Office - 493
820 Louisiana
Suite 200
Little Rock, AR 72201

[ ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2009-00791 | Matilda Louvring, Investigator | (501) 324-5535 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Wanda Milton /μι*      *12-17-09*

Enclosures(s)

Wanda C. Milton,
**Area Director**

*(Date Mailed)*

cc: Tina Martin
Director of Human Resources
Bell Partners
300 North Green Street, Suite 1000
Greensboro, NC 27401

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 493-2009-00791 |
| | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Marvin A. McCormick** | **(501) 225-2624** | **09-09-1970** |

Street Address City, State and ZIP Code

**8101 Cantrell Rd  Apt. # 1704, Little Rock, AR 72227**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **GOVERNOR'S PARK APARTMENTS – STEVEN D. BELL CO.** | **Under 15** | **(501) 225-2645** |

Street Address City, State and ZIP Code

**7820 W. Capitol Avenue,  Little Rock, AR 72202**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

RECEIVED APR 0 2 2009 U.S. ... LRAO

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| ☒ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☐ RETALIATION | ☐ AGE | ☐ DISABILITY | ☐ OTHER *(Specify below.)* | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest Latest
**03-31-2009**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on or about April 27, 2008 and was employed most recently as a Maintenance Supervisor. On or about December 8, 2008 I was informed my rent for the entire year would be $632.00/month. On or about January 15, 2009 I was given a disciplinary write up. On or about March 3, 2009 I was informed my rent would be $732.00/month. On or about March 31, 2009 I was discharged.

I was not given a reason why I was being asked to pay one amount of rent and then another. I was informed that I was being disciplined for buying paint, however, white maintenance employees have been allowed to purchase paint and have not been disciplined. I was informed I was discharged for allegedly verbally assaulting the Manager and for not going on a repair call. I provided documentation that I made the repair call. After being discharged I know that the person who replaced me as Maintenance Supervisor is not certified to work on HVAC, which is a requirement of the position.

I believe that my rent has increased, that I have been disciplined, and discharged because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief SIGNATURE OF COMPLAINANT |
| Apr 02, 2009 *Marvin McCormick*<br>Date Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |