IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARVIN A. MCCORMICK**                                                                **PLAINTIFF**

**V.**                                             **4:09CV00954 JMM**

**BELL PARTNERS and**                                                                 **DEFENDANTS**
**AMANDA SMITH**

### ORDER

Pending are Defendant, Amanda Smith's motion to dismiss, docket # 11, and Plaintiff's motion for voluntary dismissal without prejudice, docket # 19. For good cause shown, Plaintiff's motion is GRANTED. Plaintiff's claims against Amanda Smith are hereby dismissed without prejudice. Defendant's motion to dismiss is denied as moot.

IT IS SO ORDERED this 19th day of April, 2010.

_____
James M. Moody
United States District Judge